**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

**TIMOTHY HALE-CUSANELLI,**
**Address Filed Under Seal,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA**
***c/o U.S. Attorney's Office, District of Columbia,***
***601 D Street NW, Washington, DC 20530,***

**DANIEL J. MEYERS, in his individual capacity,**
***Naval Criminal Investigative Service***
***Russell-Knox Building***
***27130 Telegraph Road***
***Quantico, Virginia 22134,***

**and JOHN DOE AGENTS 1–9, special agents of the Naval Criminal Investigative Service and the Federal Bureau of Investigation, in their individual capacities,**

**Defendants.**

**Case No.: 1:26-cv-3494**

---

**NOTICE OF ERRATA**

Plaintiff TIMOTHY HALE-CUSANELLI, by and through undersigned counsel, respectfully submits this Notice of Errata regarding the Complaint filed on October 6, 2026, and states as follows:

1. On October 6, 2026, Plaintiff filed the Complaint initiating this action.

2. Pursuant to the Notice of New Case Error entered October 7, 2026, the Clerk's Office identified that the filing did not comply with Local Civil Rule 5.1(c), which requires that the caption of the first filing by or on behalf of a party include the name and full residence address of each party.

3. Attached hereto as Exhibit A is a corrected version of the Complaint which includes the full residence address of each party, in compliance with LCvR 5.1(c), except as follows: (a) Plaintiff's residence address was filed separately under seal contemporaneously herewith, as set forth in Plaintiff's Notice of Filing of Plaintiff's Address Under Seal.

**WHEREFORE**, Plaintiff respectfully files this Notice of Errata and requests that the attached corrected Complaint be deemed the operative initiating pleading.

Dated: October 7, 2026

Respectfully submitted,

/s/*Alexander Lonstein*
Alexander Lonstein
RAISER, KENNIFF & LONSTEIN, P.C.
99 Park Avenue, Suite 1530
New York, NY 10016
alexander@rkl.law